[No. 691-3.    Division Three.    April 16, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVIS BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 3449, B. J. McLean, J., entered July 21, 1972. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 1715-1.    Division One—Panel 2.    April 16, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. BYRON RAYMOND ESPING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 60028, Warren Chan, J., entered May 31, 1972. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, A.C.J., and Horowitz, J.

[No. 536-2.    Division Two.    April 19, 1973.]

MARLIN DEVITT, *Respondent*, v. ELMER B. KING *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 55479, Jay W. Hamilton, J., entered April 2, 1971. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 797-2.    Division Two.    April 20, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JAMES MORTENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 7040, Edward P. Reed, J., entered April 19, 1972. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Armstrong, JJ.